IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DAVIDSON,<br><br>    Petitioner,<br><br>  v.<br><br>CALIFORNIA BOARD OF PAROLE HEARINGS,<br><br>    Respondent._____/ | No. C 09-02756 CW (PR)<br><br>ORDER TO SHOW CAUSE |

    Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the $5.00 filing fee.  It does not appear from the face of the petition that it is without merit.  Good cause appearing, the Court hereby issues the following orders:

    1.    The Clerk of the Court shall serve a copy of this Order and the petition and all attachments thereto upon Respondent and Respondent's attorney, the Attorney General of the State of California.  The Clerk shall also serve a copy of this Order on Petitioner at his current address.

    2.    Respondent shall file with this Court and serve upon Petitioner, within <u>one-hundred twenty (120) days</u> of the issuance of this Order, an Answer conforming in all respects to Rule 5 of the

1  Rules Governing Section 2254 Cases, showing cause why a writ of
2  habeas corpus should not be issued.  Respondent shall file with the
3  Answer a copy of all portions of the relevant state records that
4  have been transcribed previously and that are relevant to a
5  determination of the issues presented by the petition.
6      3.   If Petitioner wishes to respond to the Answer, he shall
7  do so by filing a Traverse with the Court and serving it on
8  Respondent within <u>sixty (60) days</u> of his receipt of the Answer.
9  Should Petitioner fail to do so, the petition will be deemed
10 submitted and ready for decision <u>sixty (60) days</u> after the date
11 Petitioner is served with Respondent's Answer.
12     4.   Respondent may file with this Court and serve upon
13 Petitioner, within <u>sixty (60) days</u> of the issuance of this Order, a
14 motion to dismiss on procedural grounds in lieu of an Answer, as
15 set forth in the Advisory Committee Notes to Rule 4 of the Rules
16 Governing Section 2254 Cases.  If Respondent files such a motion,
17 Petitioner shall file with the Court and serve on Respondent an
18 opposition or statement of non-opposition to the motion within
19 <u>sixty (60) days</u> of receipt of the motion, and Respondent shall file
20 with the Court and serve on Petitioner a reply within <u>fifteen (15)</u>
21 <u>days</u> of receipt of any opposition.
22     5.   It is Petitioner's responsibility to prosecute this case.
23 Petitioner must keep the Court and Respondent informed of any
24 change of address and must comply with the Court's orders in a
25 timely fashion.  Petitioner must also serve on Respondent's counsel
26 all communications with the Court by mailing a true copy of the
27 document to Respondent's counsel.
28

**United States District Court**
For the Northern District of California

1    6.   Extensions of time are not favored, though reasonable
2 extensions will be granted.  Any motion for an extension of time
3 must be filed no later than <u>ten (10) days</u> prior to the deadline
4 sought to be extended.
5    IT IS SO ORDERED.
6 Dated:  2/25/10

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK DAVIDSON,

        Plaintiff,

v.

CA BOARD OF PAROLE HEARINGS et al,

        Defendant.

Case Number: CV09-02756 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Davidson CDC K-40963
Correctional Training Facility Central
Z-Wing 132L
P O Box 689
Soledad, CA 93960-0689

Attorney General
State of California
455 Golden Gate Avenue, #11000
San Francisco, CA 94102

Board of Parole Hearings
Post Office Box 4036
Sacramento, CA 95812-4036

Dated: February 25, 2010

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

4