IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK DAVIDSON,<br><br>      Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Acting Warden,<br><br>      Respondent.<br>                                 / | No. C 09-02756 CW (PR)<br><br>ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS; DENYING CERTIFICATE OF APPEALABILITY |

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2254 challenging as a violation of his constitutional rights the 2007 decision to deny him parole by the California Board of Parole Hearings (Board). Petitioner specifically claims that the decision does not comport with due process because it is not supported by some evidence demonstrating that he poses a current unreasonable threat to the public.

    A prisoner subject to California's parole statute receives adequate process when he is allowed an opportunity to be heard and is provided with a statement of the reasons why parole was denied. Swarthout v. Cooke, ___ U.S. ___, 131 S. Ct. 859, 862 (2011). The attachments to the petition show Petitioner received at least this amount of process. The Constitution does not require more. Id.

    Whether the Board's decision was supported by some evidence of current dangerousness is irrelevant on a petition for a writ of habeas corpus in federal court. The Supreme Court has made clear that "it is no federal concern . . . whether California's 'some evidence' rule of judicial review (a procedure beyond what the Constitution demands) was correctly applied." Id. at 863.

1    For the foregoing reasons, the petition for a writ of habeas corpus is DENIED.  And pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Petitioner may seek a certificate of appealability from the Ninth Circuit Court of Appeals.

    The Clerk of the Court shall enter judgment in favor of Respondent, terminate as moot all pending motions, including Respondent's motion to dismiss (docket no. 7), and close the file.

    This Order terminates Docket no. 7.

    IT IS SO ORDERED.

Dated: 2/16/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK DAVIDSON,

    Plaintiff,

v.

CA BOARD OF PAROLE HEARINGS et al,

    Defendant.

Case Number: CV09-02756 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frederick Davidson CDC K-40963
Correctional Training Facility Central
Z-Wing 132L
P O Box 689
Soledad, CA 93960-0689

Dated: February 16, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

3